CO-386
10/2018

# United States District Court
# For the District of Columbia

Travelers Casualty and Surety )
Company of America )
 )
 )
                                 Plaintiff )    Civil Action No. 1:23-cv-03009
               vs )
 )
Capitol Development Design, Inc., LaDonna May, Ade Adenariwo, Britney )
Bennett, Theresa Brooks, Davina Callahan, Denine Edmonds, Ciera Johnson, )
Robin McKinney, Stanton View Development, LLC, Rivereast at Anacostia, LLC, )
M&F Concrete, Inc., Maddox Engineering and Surveyors, Inc., and Skarda and )
Associates, Inc. )
 )
                                Defendant )

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for Travelers Casualty and Surety Company of America certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Travelers Casualty and Surety Company of America which have any outstanding securities in the hands of the public:

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*

Signature

VA015
BAR IDENTIFICATION NO.

Michael E. Barnsback
Print Name

2560 Huntington Ave., Suite 204
Address

Alexandria, VA 22303
City      State      Zip Code

703-775-8601
Phone Number