IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | * |
| | * |
| Plaintiff, | |
| | * |
| v. | Civil Action No.: 1:23-cv-03009 |
| | * |
| CAPITOL DEVELOPMENT DESIGN, INC., *et al.* | |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>DEFENDANT MADDOX ENGINEERS AND SURVEYORS, INC.'S ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT</u>

Defendant, Maddox Engineers and Surveyors, Inc., improperly named in the Complaint for Declaratory Judgment as "Maddox Engineering, Inc." ("Maddox"), through its undersigned attorneys, Jessica D. Corace and FRANKLIN & PROKOPIK, P.C., in response to the Complaint for Declaratory Judgment, states as follows:

### General Defenses

Unless otherwise specifically admitted herein, each and every averment contained in the Complaint for Declaratory Judgment is hereby denied. Maddox reserves the right to rely upon any defenses available in law or in fact and reserves the right to amend its Answer to the Complaint for Declaratory Judgment.

<u>First Defense</u>

The Complaint for Declaratory Judgment fails to state a cause of action upon which relief may be granted.

<u>Second Defense</u>

Plaintiff's claims are barred by the applicable statute of limitations.

1

<u>Third Defense</u>

Plaintiff lacks standing.

<u>Fourth Defense</u>

Maddox denies that an actual controversy exists between the parties.

<u>Fifth Defense</u>

Maddox generally denies any and all liability contained in the allegations of the Complaint for Declaratory Judgment.

<u>Sixth Defense</u>

Maddox reserves the right to amend or supplement this Answer and its affirmative defenses, and/or assert additional defenses as discovery and investigation are ongoing.

With regard to the specific allegations contained in the Complaint for Declaratory Judgment, Maddox responds as follows:

**NATURE OF THE ACTION**

1.       The averments contained in Paragraph 1 of the Complaint for Declaratory Judgment are conclusions of law to which no response is required.

2.       The averments contained in Paragraph 2 of the Complaint for Declaratory Judgment are conclusions of law to which no response is required.

**PARTIES**

3.       Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 3 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 3 are denied.

4. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 4 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 4 are denied.

5. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 5 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 5 are denied.

6. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 6 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 6 are denied.

7. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 7 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 7 are denied.

8. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 8 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 8 are denied.

9. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 9 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 9 are denied.

10. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 10 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 10 are denied.

11. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 11 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 11 are denied.

12. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 12 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 12 are denied.

13. The averments contained in Paragraph 13 of the Complaint are conclusions of law to which no response is required.

14. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 14 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 14 are denied.

15. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 15 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 15 are denied.

16. Maddox is currently dissolved but as of the of the alleged work referenced in the Complaint, admitted.

17. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 17 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 17 are denied.

18. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 18 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 18 are denied.

19. The averments contained in Paragraph 19 of the Complaint for Declaratory Judgment are conclusions of law to which no response is required.

## JURISDICTION AND VENUE

20. The averments contained in Paragraph 20 of the Complaint for Declaratory Judgment are conclusions of law to which no response is required.

21. The averments contained in Paragraph 21 of the Complaint for Declaratory Judgment are conclusions of law to which no response is required.

## THE POLICY

22. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 22 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 22 are denied.

23. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 23 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 23 are denied.

24. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 24 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 24 and its subparts are denied.

25. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 25 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 25 and its subparts are denied.

26. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 26 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 26 and its subparts are denied.

27. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 27 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 27 and its subparts are denied.

## THE ARBITRATION

28. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 28 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 28 are denied.

29. The averments contained in Paragraph 29 of the Complaint for Declaratory Judgment are admitted.

30. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 30 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 30 are denied.

31. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 31 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 31 are denied.

32. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 32 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 32 are denied.

33. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 33 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 33 are denied.

34. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 34 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 34 are denied.

35. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 35 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 35 are denied.

36. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 36 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 36 are denied.

37. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 37 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 37 are denied.

38. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 38 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 38 are denied.

## **THE RIVEREAST LAWSUIT**

39. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 39 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 39 are denied.

40. The averments contained in Paragraph 40 of the Complaint for Declaratory Judgment are admitted.

41. The averments contained in Paragraph 41 of the Complaint for Declaratory Judgment are admitted.

42. The averments contained in Paragraph 42 of the Complaint for Declaratory Judgment are admitted.

43. The averments contained in Paragraph 43 of the Complaint for Declaratory Judgment are admitted.

44. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 44 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 44 are denied.

## THE MAY LAWSUIT

45. The averments contained in Paragraph 45 of the Complaint for Declaratory Judgment are admitted.

46. The averments contained in Paragraph 46 of the Complaint for Declaratory Judgment are admitted.

47. The averments contained in Paragraph 47 of the Complaint for Declaratory Judgment are admitted.

48. The averments contained in Paragraph 48 of the Complaint for Declaratory Judgment are admitted.

49. The averments contained in Paragraph 49 of the Complaint for Declaratory Judgment are admitted.

50. The averments contained in Paragraph 50 of the Complaint for Declaratory Judgment are admitted.

51. The averments contained in Paragraph 51 of the Complaint for Declaratory Judgment are admitted.

52. The averments contained in Paragraph 52 of the Complaint for Declaratory Judgment are admitted.

53. The averments contained in Paragraph 53 of the Complaint for Declaratory Judgment are admitted.

54. The averments contained in Paragraph 54 of the Complaint for Declaratory Judgment are admitted.

55. The averments contained in Paragraph 55 of the Complaint for Declaratory Judgment are admitted.

56. The averments contained in Paragraph 56 of the Complaint for Declaratory Judgment are admitted.

57. The averments contained in Paragraph 57 of the Complaint for Declaratory Judgment are admitted.

## **COUNT I**

**(Declaratory Judgment – No Duty to Defend of Indemnify)**

58. The allegation contained in paragraph 58 incorporates by reference previously answered paragraphs, and Defendants incorporate by reference those respective answers as if fully set forth herein.

59. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 59 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 59 are denied.

60. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 60 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 60 are denied.

61. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 61 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 61 are denied.

62. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 62 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 62 are denied.

63. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 63 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 63 are denied.

64. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 64 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 64 are denied.

65. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 65 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 65 are denied.

66. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 66 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 66 are denied.

67. Maddox lacks knowledge or information sufficient to form a belief about the truth of the averments contained in Paragraph 67 of the Complaint for Declaratory Judgment and therefore the averments in Paragraph 67 are denied.

Maddox denies the averments set forth in the "WHEREFORE" clause immediately following Paragraph 67 of the Complaint for Declaratory Judgment and demands strict proof thereof.

WHEREFORE, Defendant, Maddox Engineers and Surveyors, Inc., respectfully requests that this case be dismissed against Maddox, that judgment be entered in favor of Maddox, that appropriate costs be awarded to Maddox, and that this Court award such other and further relief as the Court deems appropriate.

Respectfully submitted,

_____/s/_____
Jessica D. Corace (1004435)
Franklin & Prokopik, P.C.
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700
(410) 752-6868 (fax)
jcorace@fandpnet.com
*Attorneys for Defendant*
*Maddox Engineers and Surveyors, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2023, a copy of the foregoing Answer to Complaint for Declaratory Judgment was served via the Court's ECF system upon all counsel of record.

_____/s/_____
Jessica D. Corace (1004435)