

111 Schilling Rd.
Hunt Valley, MD 21031

Susan Weinstock
Technical Director
Bond & Specialty Insurance Claim
Phone: (443) 353-2116
Fax: (800) 357-8516
Email: SWEINSTO@travelers.com

March 31, 2021

Marwan F. Mustafa
Capitol Development Design, Inc And CDDI, LLC
4600 Powder Mill Rd Ste 200
BELTSVILLE, MD 20705

Re:  Insured:       Capitol Development Design, Inc And CDDI, LLC
     Claimant:      Rivereast at Anacostia, LLC
     Policy No.:    053-LB-106720790
     Claim No.:     098-EO-T2105212-NR

Dear Mr. Marwan F. Mustafa,

This letter follows our earlier communication in which I informed you that there are coverage issues that arise from allegations being made in connection with the lawsuit involving Rivereast at Anacostia, LLC.  The lawsuit filed by Rivereast at Anacostia, LLC (also referred to as "Plaintiff") is captioned Rivereast at Anacostia, LLC.,et.al VS SGA Companies, Inc.,et.al and filed in the Superior Court for the District of Columbia - Civil Division under court number 2020 CA 004070 B (the "Lawsuit" or "Complaint").  Travelers Casualty and Surety Company of America ("Travelers"), a member company of the Travelers Companies, is providing a defense under Travelers' policy number 053-LB-106720790 (the "Policy") issued to Capitol Development Design, Inc And CDDI, LLC (also referred to as "Insured") but that defense is subject to a reservation of and non-waiver of all rights by Travelers.  While the allegations are disputed and certainly may never be proven by Plaintiffs, some or all of the claims asserted may ultimately not be covered by the Policy and therefore may not be paid by Travelers.  The reasons for Travelers' reservation of rights are discussed more fully below.

## The Claim

We recognize that the allegations in Complaint are only allegations and may not be proven.  In referring to the allegations, Travelers does not mean to suggest that any of them are true or accurate.  However, we must necessarily refer to the allegations in the Complaint for the purpose of discussing coverage issues relating to them.

The Complaint involves a breach of contract and negligence on the part of CDDI, LLC.

## The Policy

Policy Number 053-LB-106720790 affords Design Professionals Liability Coverage policy to Capitol Development Design, Inc And CDDI, LLC, the Named Insured.  The Policy inception date is 04/19/2020 with an expiration date of 04/19/2021.  Coverage under the Policy is also subject to a

*************************  Our toll-free number is 800-842-8496  *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/14/15                                                                                                   L-15Ddkdnl

TRV 000222

Capitol Development Design, Inc And CDDI, LLC
March 31, 2021
Page 2

Knowledge Date of 4/19/2017. The Policy has coverage limits of $5,000,000.00 for each claim, not to exceed $5,000,000.00 for all claims. Defense expenses and damages both apply to the limits of liability under the Policy for covered claims. Coverage is also subject to a $20,000.00 deductible for each claim and an aggregate deductible limit of $60,000.00 for all claims during the Policy Period.

Under form DPL-1001 Ed. 11-08, the Policy provides as follows with respect to the scope of Design Professionals Liability Coverage afforded under the Insuring Agreement:

> The Company will pay on behalf of the **Insured**, **Damages** and **Defense Expenses** for any **Claim** first made during the **Policy Period** that is caused by a **Wrongful Act** committed on or after any applicable Retroactive Date set forth in ITEM 5 of the Declarations, provided that no **Principal Insured** on the Knowledge Date set forth in ITEM 5 of the Declarations had any basis to believe that such **Wrongful Act** might reasonably be expected to be the basis of a **Claim**.

\* \* \*

It is a requirement for coverage that no Principal Insured have any basis to believe that a Wrongful Act might reasonably be the basis of a Claim as of the 4/19/2017. Knowledge Date.

Some applicable terms used in the Insuring Agreement that are defined in the Policy are:

> ***Claim*** means:
> 1. a demand for money or services;
> 2. a civil proceeding commenced by service of a complaint or similar pleading; or
> 3. a written request to toll or waive a statute of limitations relating to a potential civil or administrative proceeding,
>
> against any **Insured** for a **Wrongful Act**.
>
> A **Claim** will be deemed to be made on the earliest date such notice thereof is received by any **Principal Insured**.

\* \* \*

> ***Principal Insured*** means a member of the board of managers, director, executive officer, natural person partner, owner of a sole proprietorship, principal, risk manager or in-house general counsel of the **Named Insured.**

\* \* \*

> ***Wrongful Act*** means any:
> 1. actual or alleged act, error, omission, or **Personal Injury Offense** in the rendering of, or failure to render, **Professional Services**; or
> 2. **Network and Information Security Offense,**
>
> by any **Insured**, or by any person or entity, including any joint venture, for whom the **Insured** is legally liable.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Our toll-free number is 800-842-8496** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/14/15                                                                                                                L-15Ddkdnl

TRV 000223

Travelers
Capitol Development Design, Inc And CDDI, LLC
March 31, 2021
Page 3

Def.'s Mot. to Stay,
Case No. 1:23-cv-03009

Professional Services are then defined as follows:

> ***Professional Services*** means only services in any of the following capacities:
> 1. Architect.
> 2. Engineer.
> 3. Land surveyor.
> 4. Landscape architect.
> 5. Construction manager.
> 6. Scientist.
> 7. Technical consultant.

Please note that the words and phrases that are in bold type in the Policy language quoted in this letter are defined in the Policy itself. Should there be any definitions in the Policy that are not provided to you in this letter that you would like to review, please refer to the Definitions section of the actual Policy or let me know what defined words and phrases you would like provided to you.

## I.     Travelers' Coverage Position

At this time, it is not possible to make a conclusive determination as to coverage. There are allegations being made by the Plaintiffs that, if proven, will impact coverage. Some or all of the claims and damages asserted by the Plaintiffs may not be covered by the Policy, and may be Capitol Development Design, Inc And CDDI, LLC's not Travelers', responsibility. The Policy may not afford coverage or may otherwise limit coverage for one or more of the following reasons:

As we discussed, your firm may have been aware of the issues that are the subject of this litigation prior to the referenced knowledge date. Please continue to review your files for any information you may have concerning the discussed arbitration.

Because the Policy does not provide coverage with respect to the claims asserted in the Litigation, Travelers is providing the Insured with a defense subject to a full and complete reservation and non-waiver of all of Travelers' rights under the Policy. Travelers reserves all rights, including but not limited to the following: (1) the right to not pay for a judgment or settlement to the extent Travelers determines that such liability is not covered; (2) the right to initiate a separate action to determine its duty to defend or indemnify the Insured; (3) the right to withdraw from the Insured's defense if there is no potential for covered liability to be imposed on Capitol Development Design, Inc And CDDI, LLC; (4) the right to reclaim any amounts paid as defense expenses for any amounts that are not reasonable or that can be attributed to liability that is not potentially covered; (5) the right to request the Insured's participation in settlement of any uncovered liability or to recover from the Insured any contribution to a reasonable settlement that Travelers makes that is attributable to uncovered liability; and (6) the right to reevaluate its coverage position, including but not limited to the extent of Travelers' participation, if any, in defending and/or indemnifying the Insured as circumstances warrant.

Please be advised that the views and positions stated in this letter are not intended to be exhaustive, and Travelers' investigation of this matter is ongoing. The failure to cite additional policy terms,

************************* **Our toll-free number is 800-842-8496** *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/14/15                                                                                                    L-15Ddkdnl

TRV 000224

**Travelers**

Defs.' Mot. to Stay, Ex. A
Case No. 1:23-cv-03009

Capitol Development Design, Inc And CDDI, LLC
March 31, 2021
Page 4

conditions, or other rights at this time does not preclude Travelers from raising such in the future should the situation so merit, and Travelers reserves all rights under its policy, at law, in equity, or under public policy. Please note that nothing contained herein shall be construed to be a waiver (express or implied) of any of Travelers' rights, all of which are expressly reserved.

If you have any additional facts or information that may affect our coverage determination, or if there are further claims or amendments to the claims asserted against the Insured, please be sure to forward them to us for consideration. We reserve the right to amend, modify, or supplement our coverage position in light of such facts or information.

The Insured may wish to consider consulting with its own counsel concerning this letter and the coverage issues relating to this claim, and with respect to any uncovered claims that are asserted. Please note that Travelers cannot pay for the Insured's attorneys' fees or costs relating to insurance coverage advice.

If you have any questions with regard to Travelers' position as to coverage or otherwise relating to this matter, please do not hesitate to contact me.

Very truly yours,

*[signature]*

Susan Weinstock
Technical Director
Travelers Casualty and Surety Company of America
Phone: (443) 353-2116
Email: SWEINSTO@travelers.com


cc:     MOODY & ASSOC INC (via email only)
        Counsel

---

************************ **Our toll-free number is 800-842-8496** *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/14/15                                                                                           L-15Ddkdnl

TRV 000225