

111 Schilling Rd.
Hunt Valley, MD 21031

Susan Weinstock
Technical Director
Bond & Specialty Insurance Claim
Phone: (443) 353-2116
Fax: (888) 460-6622
Email: SWEINSTO@travelers.com

June 12, 2023

Marwan F. Mustafa
Capitol Development Design, Inc And CDDI, LLC
4600 Powder Mill Rd Ste 200
BELTSVILLE, MD 20705

Re:  Insured:      Capitol Development Design, Inc And CDDI, LLC
     Claimant:     Rivereast at Anacostia, LLC
     Policy No.:   053-LB-106720790
     Claim No.:    098-EO-T2105212-RG
     Matter:       LaDonna May et al v Stanton View et al.

Dear Mr. Marwan F. Mustafa,

This letter follows our earlier communication in which I informed you that there are coverage issues that arise from allegations being made in connection with the lawsuit involving Rivereast at Anacostia, LLC. The lawsuit filed for the above project is captioned LaDonna May et al v Stanton View et al. and filed in the Superior Court of the District of Columbia Civil Division case no 2021 CA 000266B (the "Lawsuit" or "Complaint"). Travelers Casualty and Surety Company of America ("Travelers"), a member company of the Travelers Companies, is providing a defense under Travelers' policy number 053-LB-106720790 (the "Policy") issued to Capitol Development Design, Inc And CDDI, LLC (also referred to as "Insured"), but that defense is subject to a reservation of and non-waiver of all rights by Travelers. While the allegations are disputed and certainly may never be proven by Plaintiffs, some or all of the claims asserted may ultimately not be covered by the Policy and therefore may not be paid by Travelers. The reasons for Travelers' reservation of rights are discussed more fully below.

Additionally, the amount of covered damages that may potentially be sought from the Insured is not known and may not be reasonably evaluated at this time. Although Travelers has no reason to anticipate that the ultimate damages and defense expenses could be in excess of the applicable coverage limits of the Policy, there is a potential that the exposure to the Insured could be in excess of the available limit of liability under the Policy.

Travelers has appointed J Scott Shannon of Lee Shoemaker, PLLC as defense counsel for the Insured in responding to the Complaint. Travelers will pay the reasonable defense expenses in excess of the deductible in defending the Insured, subject to Travelers' reservation of rights. The role of appointed defense counsel is to attempt to defeat or diminish all claims asserted against the Insured in the Complaint, without regard to any issues of coverage. Please cooperate fully with Lee Shoemaker, PLLC in your defense of the Lawsuit.

In your future communications with me regarding the claim by the Plaintiffs, please include our claim number 098-EO-T2105212-RG. I would suggest that you keep your communications with Travelers, your defense attorney, and your agent separate from your material on this project.

************************* **Our toll-free number is 800-842-8496** *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/14/15                                                                                      L-15Ddkdnl

TRV 000098

Capitol Development Design, Inc And CDDI, LLC
June 12, 2023
Page 2

Please also keep in mind that you will need to produce all records in your possession during the litigation, including material stored electronically, such as emails. You should ensure that all existing records are maintained and available when needed. As well, your direct communications with defense counsel are privileged and confidential. You should therefore only share them with people directly involved in the handling of the litigation at Lee Shoemaker, PLLC and, except for Travelers, they should not be shared with any outside parties, which includes your agent. If you are ever unsure who should be provided with communications, please let me or your attorney know in advance for guidance.

The deductible obligation is $20,000.00. Capitol Development Design, Inc And CDDI, LLC will be provided with copies of legal invoices or other defense expenses as incurred. Assuming all properly billed invoices have been paid you have now satisfied the deductible.

Please inform me if there was any project policy issued covering the design team for this matter, or if there are any other professional liability policies, either excess or primary, that may afford coverage.

### I.      **Factual Background**

We recognize that the allegations in the Complaint are only allegations and may not have any basis in fact. Please note that in referring to these allegations, Travelers does not mean to suggest that any of them are true or accurate. However, we must necessarily refer to these allegations for the purpose of discussing coverage issues relating to them.

The Lawsuit involves a claim of breach of contract and negligence against your firm. It is alleged that your firm failed to provide reasonable care when providing your services including a lack of competent testing which led to the ultimate failure of the soils below at least eight of the townhomes. This failure was the direct result of insufficient concrete foundation walls causing cracks in the individual unit walls.

A rain event occurred in on September 29, 2015 exposing issues with the subsurface conditions. Following this rain event your firm observed that there were issues with the soils. Following a May 1, 2017 report performed by GDE concerning the soils issue certain remediation efforts were made including inserting grout in Mid-2017.

The original complaint filed in March of 2020 Rivereast at Anacostia and Stanton View Development v. SGA, Maddox, Skarda, CDDI, FES and M&F Concrete was dismissed for lack of prosecution. A second complaint concerning the same issues as the original complaint was filed and an amended complaint naming your firm was filed on October 25, 2022. As a result, if a motion to dismiss a second amended complaint was filed against your firm on April 7, 2023 by eight of the homeowners. Although we believed we had a strong defense based on the District of Columbia's statute of limitations the court did not dismiss this complaint.

The above discussion is obviously only a summary of the allegations and is intended to provide the factual basis for Travelers' need to reserve its rights. Should there be new allegations added to the Complaint by the Plaintiffs, related claims asserted by other parties, or even additional information learned through the ongoing investigation that may impact coverage, Travelers may need to revisit the issue of coverage in the future.

*************************  Our toll-free number is 800-842-8496  *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents.)

New 02/14/15                                                                                                            L-15Ddkdnl

TRV 000099

Declaratory Stay, Ex. B
Case No. 1:23-cv-03009

Capitol Development Design, Inc And CDDI, LLC
June 12, 2023
Page 3

### The Policy

In addition to a consideration of the allegations in the Complaint that may impact on the potential of coverage for the Insured, it is also necessary to review the applicable coverage afforded under the Policy. Please note that the words and phrases that are in bold type in the Policy language quoted in this letter are defined in the Policy itself. Should there be any definitions in the Policy that are not provided to you in this letter that you would like to review, please refer to the Definitions section of the actual Policy or let me know what defined words and phrases you would like provided to you.

Policy number 053-LB-106720790 issued to Capitol Development Design, Inc And CDDI, LLC affords Design Professionals Liability Coverage. Coverage for claims involving professional services is afforded on a claims made basis and the dates of the applicable Policy Period are 04/19/2020 to 04/19/2021. The Policy contains a Knowledge Date of April 19, 2017. As previously mentioned, there is a $20,000.00 deductible for each claim subject to an aggregate deductible limit of $60,000.00 for all claims during the Policy Period. The deductible applies to defense expenses and damages. Professional liability coverage limits of $5,000,000.00 apply for each claim, not to exceed $5,000,000.00 for all claims. Defense expenses are included in the limit of liability. Accordingly, payments for both defense expenses and damages serve to reduce the available remaining policy limits

Under form DPL-1001 Ed. 11-08, the Policy provides as follows with respect to the scope of Design Professionals Liability Coverage afforded under the Insuring Agreement:

> The Company will pay on behalf of the **Insured**, **Damages** and **Defense Expenses** for any **Claim** first made during the **Policy Period** that is caused by a **Wrongful Act** committed on or after any applicable Retroactive Date set forth in ITEM 5 of the Declarations, provided that no **Principal Insured** on the Knowledge Date set forth in ITEM 5 of the Declarations had any basis to believe that such **Wrongful Act** might reasonably be expected to be the basis of a **Claim**.

\* \* \*

It is a requirement for coverage that no Principal Insured have any basis to believe that a Wrongful Act might reasonably be the basis of a Claim as of the April 19, 2017 Knowledge Date.

Some applicable terms used in the Insuring Agreement that are defined in the Policy are:

> ***Claim*** means:
> 1. a demand for money or services;
> 2. a civil proceeding commenced by service of a complaint or similar pleading; or
> 3. a written request to toll or waive a statute of limitations relating to a potential civil or administrative proceeding,
>
> against any **Insured** for a **Wrongful Act**.

************************ Our toll-free number is 800-842-8496 *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/14/15                                                                                         L-15Ddkdnl

**Travelers**

Capitol Development Design, Inc And CDDI, LLC
June 12, 2023
Page 4

> A **Claim** will be deemed to be made on the earliest date such notice thereof is received by any **Principal Insured**.
>
> * * *
>
> *Principal Insured* means a member of the board of managers, director, executive officer, natural person partner, owner of a sole proprietorship, principal, risk manager or in-house general counsel of the **Named Insured.**
>
> * * *
>
> *Wrongful Act* means any:
> 1. actual or alleged act, error, omission, or **Personal Injury Offense** in the rendering of, or failure to render, **Professional Services**; or
> 2. **Network and Information Security Offense,**
>    by any **Insured**, or by any person or entity, including any joint venture, for whom the **Insured** is legally liable.

Professional Services are then defined as follows:

> *Professional Services* means only services in any of the following capacities:
> 1. Architect.
> 2. Engineer.
> 3. Land surveyor.
> 4. Landscape architect.
> 5. Construction manager.
> 6. Scientist.
> 7. Technical consultant.

The Policy addresses Claims or Potential Claims for Related Wrongful Acts in the Professional Liability Terms and Conditions section of the Policy contained in Form PTC-1001 Ed. 11-08, as follows:

> *RELATED CLAIMS*
>
> All **Claims** or **Potential Claims** for **Related Wrongful Acts** will be considered as a single **Claim** or **Potential Claim**, whichever is applicable. All **Claims** or **Potential Claims** for **Related Wrongful Acts** will be deemed to have been made the date:
>
> A. the first of such **Claims** for **Related Wrongful Acts** was made; or
>
> B. the first notice of such **Potential Claim** for **Related Wrongful Acts** was received by the Company,

************************ Our toll-free number is 800-842-8496 *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/14/15                                                                 L-15Ddkdnl

**Travelers**

Capitol Development Design, Inc And CDDI, LLC
June 12, 2023
Page 5

>  whichever is earlier.

The definition of Related Wrongful Acts is:

> ***Related Wrongful Acts*** means **Wrongful Acts** which are logically or causally connected by reason of any fact, circumstance, situation, transaction, event, or decision.
>
> All **Related Wrongful Acts** are a single **Wrongful Act**, and all **Related Wrongful Acts** will be deemed to have been committed at the time the first of such **Related Wrongful Acts** was committed whether prior to or during the **Policy Period**.

Please note that the words and phrases that are in bold type in the Policy language quoted in this letter are defined in the Policy itself. Should there be any definitions in the Policy that are not provided to you in this letter that you would like to review, please refer to the Definitions section of the actual Policy or let me know what defined words and phrases you would like provided to you.

## II. Travelers' Coverage Position

At this time, it is not possible to make a conclusive determination as to coverage. It appears that your firm may have had knowledge of the issues giving rise to the complaint prior to the knowledge date contained in the policy. Some or all of the claims and damages asserted by the Plaintiffs may not be covered by the Policy, and may be Capitol Development Design, Inc And CDDI, LLC's, not Travelers', responsibility. The Policy may not afford coverage or may otherwise limit coverage for one or more of the following reasons:

Because the Policy may not provide coverage with respect to some of the claims asserted in the Litigation Travelers is providing the Insured with a defense subject to a full and complete reservation and non-waiver of all of Travelers' rights under the Policy. Travelers reserves all rights, including but not limited to the following: (1) the right to not pay for a judgment or settlement to the extent Travelers determines that such liability is not covered; (2) the right to initiate a separate action to determine its duty to defend or indemnify the Insured; (3) the right to withdraw from the Insured's defense if there is no potential for covered liability to be imposed on Capitol Development Design, Inc And CDDI, LLC; (4) the right to reclaim any amounts paid as defense expenses for any amounts that are not reasonable or that can be attributed to liability that is not potentially covered; (5) the right to request the Insured's participation in settlement of any uncovered liability or to recover from the Insured any contribution to a reasonable settlement that Travelers makes that is attributable to uncovered liability; and (6) the right to reevaluate its coverage position, including but not limited to the extent of Travelers' participation, if any, in defending and/or indemnifying the Insured as circumstances warrant.

## III. Potential of Excess Exposure

The Policy is subject to a Coverage Limit of $5,000,000.00 for each Claim. (Related Wrongful Acts are considered a single Claim under the Policy, and are also subject to the $5,000,000.00 limit.) To the extent that any covered Damages and/or Defense Expenses in excess of $5,000,000.00 are awarded and paid in connection with the Complaint, Travelers will have no

************************* Our toll-free number is 800-842-8496 *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/14/15                                                                                          L-15Ddkdnl

TRV 000102

Capitol Development Design, Inc And CDDI, LLC
June 12, 2023
Page 6

responsibility for payment of such Damages or Defense Expenses. Travelers' defense obligation ends with the payment of the limit of liability for Damages and/or Defense Expenses.

Moreover, to the extent that the $5,000,000.00 Coverage Limit for all Claims is eroded by payments with respect to Claims other than this Lawsuit, or for any other Insured under the Policy, Travelers' remaining coverage, if any, would be reduced by these amounts.

The Insured may wish to retain independent counsel separate from defense counsel appointed by Travelers in connection with this matter with respect to the potential uninsured exposure.

If any Insured has any potential other insurance protection that may apply to the Litigation, which may include any Comprehensive General Liability, Excess, or Umbrella policies, we strongly urge that the Insured provide notice to that carrier or its insurance agent as soon as possible. We also ask that Travelers receive a copy of the tender notice, along with a copy of any response.

Please be advised that the views and positions stated in this letter are not intended to be exhaustive, and Travelers' investigation of this matter is ongoing. The failure to cite additional policy terms, conditions, or other rights at this time does not preclude Travelers from raising such in the future should the situation so merit, and Travelers reserves all rights under its policy, at law, in equity, or under public policy. Please note that nothing contained herein shall be construed to be a waiver (express or implied) of any of Travelers' rights, all of which are expressly reserved.

If you have any additional facts or information that may affect our coverage determination, or if there are further claims or amendments to the claims asserted against the Insured, please be sure to forward them to us for consideration. We reserve the right to amend, modify, or supplement our coverage position in light of such facts or information.

The Insured may wish to consider consulting with its own counsel concerning this letter and the coverage issues relating to this claim, and with respect to any uncovered claims that are asserted. Please note that Travelers cannot pay for the Insured's attorneys' fees or costs relating to insurance coverage advice.

If you have any questions with regard to Travelers' position as to coverage or otherwise relating to this matter, please do not hesitate to contact me.

Sincerely,

*[signature]*

Susan Weinstock
Technical Director
Travelers Casualty and Surety Company of America

************************* **Our toll-free number is 800-842-8496** *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents.)

New 02/14/15                                                                                              L-15Ddkdnl

TRV 000103

**Travelers**
Capitol Development Design, Inc And CDDI, LLC
June 12, 2023
Page 7

Phone: (443) 353-2116
Email: SWEINSTO@travelers.com

cc:     MOODY & ASSOC INC (via email only)

*************************  **Our toll-free number is 800-842-8496**  *************************
If possible, please send future communications and documents concerning this claim via email to SWEINSTO@travelers.com Please include the claim number in the subject line. (Please note that in certain cases we may still request original documents).

New 02/14/15                                                                                          L-15Ddkdnl

TRV 000104