IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:23-cv-03009 ) |
| CAPITOL DEVELOPMENT DESIGN, INC., et al., | ) Judge Christopher R. Cooper ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S DISCLOSURES PURSUANT TO FED.R. CIV. PRO 26(a)(2)**

Plaintiff Travelers Casualty and Surety Company of America ("Travelers"), pursuant to Federal Rule of Civil Procedure 26(a)(2) makes the following disclosures:

1. **May Lawsuit Expert Witnesses**

All witnesses identified in this Section 1 have been disclosed, by various parties, in the lawsuit entitled *Ladonna May, et al. v. Stanton View Dev., LLC, et al.* in the Superior Court of the District of Columbia, Case No. 2021 CA 000266 B (the "May Lawsuit"), and their reports have previously been produced to or by counsel for all parties in this action. Travelers does not intend to offer, use or rely on any such witness's opinions or conclusions as substantive evidence regarding the liability (or absence of liability) of any party in the May Lawsuit, or to establish the existence, amount or absence of damages in the May Lawsuit. Travelers may use the reports and/or testimony of such witnesses in this action solely for the purpose of demonstrating that certain facts and opinions are asserted in, or are the subject of, the May Lawsuit. In disclosing these witnesses, Travelers does not represent, assert, suggest or imply, with respect any such witness, that (1) the witness's testimony meets the requirements of Federal Rules of Evidence 702, 703, or 705, (2) the witness's opinions or conclusions are correct, accurate, or factually supported, (3) the witness is

1

Case 1:23-cv-03009-CRC   Document 79-4   Filed 09/19/25   Page 2 of 6

Defs. Mot. to Stay, Ex. D
Case No. 1:23-cv-03009

one retained or specially employed by Travelers to provide expert testimony in this case or is an employee of Travelers, or (4) Travelers' intended use of the witness's report and/or testimony requires disclosure under Fed. R. Civ. Pro 26(a). Travelers discloses such witnesses out of an abundance of caution to the extent that they may be deemed to be within the parameters of Rule 26 disclosure requirements.

  A. Peter R. Cali, Ph.D., P.E.
    Seal Level Engineering, LLC
    4912 Lake Vista Drive
    Metairie, LA 70006

 Mr. Calli's report dated April 26, 2024 is attached as Exhibit A. Mr. Cali's assertions, opinions and conclusions regarding Capital Development Design, Inc's ("CDDI") alleged acts, errors or omissions in connection with overseeing and testing of soil compaction for the Mechanically Stabilized Earth retaining wall (the "MSE Wall") built beneath the building that is the subject of the May Lawsuit (the "Building"), including, without limitation, with respect to two MSE Wall corner areas, are principally found at pages 9-14 and 19 of the report.

  B. Larry D. Jones, P.E.
    H&H Engineering, Inc.
    103 Highland Park Plaza
    Covington, LA 70433

 Mr. Jones' report dated April 26, 2024 is attached as Exhibit B. Mr. Jones' assertions, opinions and conclusions regarding CDDI's alleged acts, errors or omissions in connection with overseeing and testing soil compaction for the MSE Wall, including, without limitation, with respect to two MSE Wall corner areas, are principally found at pages 22-23 of the report.

  C. Nicholas A. Wijtenburg, P.E.
    Michael A. Kulbacki, P.E.
    S-E-A
    795 Cromwell Park Drive, Ste. N
    Glen Burnie, MD 21061

 The report of Messrs. Wijtenburg and Kulbacki (collectively "S-E-A") dated July 1, 2024 is attached as Exhibit C. S-E-A's assertions, opinions and conclusions regarding CDDI's alleged acts, errors or omissions in connection with overseeing and testing soil compaction for the MSE Wall, including, without limitation, with respect to two MSE Wall corner areas, are principally found at pages 19-20, 22, 24, 64, 68-69 and 71 of the report.

  D. Kofi Acheampong, Ph.D, P.E.
    KCI Technologies, Inc.
    936 Ridgebrook Road

       Sparks, MD 21152

       Mr. Acheampong's report dated July 1, 2024 is attached as Exhibit D. Mr. Acheampong's assertions, opinions and conclusions regarding CDDI's alleged acts, errors or omissions in connection with the design, approval, testing and certification of the subgrade structural fill for the MSE Wall, including, without limitation, with respect to two MSE Wall corner areas, are principally found at pages 3 and 7-10 of the report.

     E.      Adam C. Netemeyer, P.E.
           Nathan Ryba, P.E., CBC
           CED Technologies, Inc.
           88 Trap Falls Road
           Shelton,  T 06484

       The report of Messrs. Netemeyer and Ryba (collectively "CED") dated June 25, 2024 is attached as Exhibit E.  CED's assertions, opinions and conclusions regarding their agreement with Mr. Calli's assertion that the damage to the Building was due to failure of the MSE Wall and improper placement and compaction of fill materials is found at pages 16 and 18 of the report.  CED's reference to the 2015 settlement of the MSE Wall and the 2016-2017 arbitration proceeding between Stanton View Development, CDDI and FES are found at pages 15 and 16 of the report.

     **2.  Arbitration Proceeding Expert Witness**

       The witness identified in this Section 2 submitted a Geotechnical Evaluation Services Report in the MSE Wall arbitration proceeding initiated in 2016 between CDDI, Stanton View Development, LLC and FES Group, LLC (the "Arbitration").  Travelers does not intend to offer, use or rely on such witness's opinions or conclusions as substantive evidence regarding the liability (or absence of liability) of any party in the May Lawsuit, or to establish the existence, amount or absence of damages in the May Lawsuit.  Travelers may use the report and/or testimony of the identified witness in this action solely for the purpose of demonstrating that certain facts and opinions were asserted in, or were the subject of, the Arbitration. In disclosing this witness, Travelers does not represent, assert, suggest or imply that (1) the witness's testimony meets the requirements of Federal Rules of Evidence 702, 703, or 705, (2) the witness's opinions or conclusions are correct, accurate, or factually supported, (2) the witness is

3

Case 1:23-cv-03009-CRC   Document 79-4   Filed 09/19/25   Page 4 of 6
Def.'s Mot. to Stay, Ex. D
Case No. 1:23-cv-03009

one retained or specially employed by Travelers to provide expert testimony in this case or is an employee of Travelers, or (3) Travelers' intended use of the witness's report and/or testimony requires disclosure under Fed. R. Civ. Pro. 26(a)(2). Travelers discloses such witness out of an abundance of caution to the extent that the witness may be deemed to be within the parameters of Rule 26 disclosure requirements.

    A.    Mohamad Abu-Kassem, P.E.
           GeoDesign & Engineering, Inc.
           14301 Sullyfield Circle
           Chantilly, VA 20151

Mr. Abu-Kassem's report dated May 1, 2017 is attached as Exhibit F. Mr. Abu-Kassem's assertions, opinions and conclusions regarding CDDI's alleged acts, errors or omissions in connection with the MSE Wall and the backfill soils used in conjunction with the MSE Wall are found at pages 13-17 of the report. Among other things, Mr. Abbu-Kassem's opinions and conclusions stated in the report, with respect to CDDI, included the following:

- The settlement of corner areas of the MSE Wall in 2015 was the result of the presence of soft/loose soils that were not compacted sufficiently;
- CDDI representatives approved the MSE Wall subgrade, were present during backfill and construction of the MSE Wall, and provided the testing and observations needed during that process;
- CDDI was responsible for ensuring that soils were compacted as required in the specifications and that no soft/loose soils were left unattended;
- CDDI's use of an inexperienced and uncertified representative at the worksite during the above processes was a big reason for having insufficiently compacted, soft/loose soils in MSE Wall areas that ultimately settled;
- The subgrade for the MSE was certified by CDDI; and
- Among the parties to the Arbitration, CDDI bore 60% responsibility for repair costs in dispute as of the date of the report.

Dated: July 29, 2025

                                          TRAVELERS CASUALTY AND SURETY
                                          COMPANY OF AMERICA

                                          By: *Christopher J. Bannon*
                                          Christopher J. Bannon (admitted *pro hac vice*)
                                          Emma Sander (admitted *pro hac vice*)
                                          Aronberg Goldgehn Davis & Garmisa
                                          225 W. Washington Street, Suite 2800

Chicago, IL 60606
(ph.) (312) 755-3175
(fax) (312) 828-9635
cbannon@agdglaw.com
esander@agdglaw.com

and


Michael E. Barnsback (Bar No. VA015)
Christopher M. Helsel (Bar No. VA162)
O'Hagan Meyer PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(ph.) (703) 775-8601
(fax) (804) 237-0250
mbarnsback@ohaganmeyer.com
chelsel@ohaganmeyer.com

*Attorneys for Travelers Casualty and Surety Company of America*

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served or caused to be served a copy of **PLAINTIFF'S DISCLOSURES PURSUANT TO FED. R. CIV. PRO 26(a)(2)** in this matter by transmitting the document via email to the following counsel of record on July 29, 2025:

Andrew M. Reidy
Scott D. Boyle
Nossaman LLP
1401 New York Ave NW
Suite 800
Washington, DC  20005
areidy@nossaman.com
sboyle@nossaman.com

*Attorneys for Capital Development Desing, Inc.*

David B. Stratton
Jordan Coyne LLP
10201 Fairfax Boulevard
Suite 520
Fairfax, VA  22030
d.stratton@jocs-law.com

*Attorneys for M&F Concrete, Inc.*

Je Yon Jung
May Jung LLP
333 City Boulevard West
Suite 327
Orange, CA  92868
jeyon@mayjung.com

*Attorneys for Ade Adenariwo, Theresa Brooks, Denine Edmonds, Ciera Johnson, LaDonna May and Robin McKinney*

Kathleen M. McDonald
Seraina Law Office LLC
401 E. Prat Street, Suite 2332
Baltimore, MD 21202-3030
kmcdonald@seraina-law.com

*Attorneys for Skarda and Associates, Inc.*

Dated: July 29, 2025

                                        *s/ Christopher J. Bannon*
                                        Attorney for Plaintiff Travelers Casualty and Surety Company of America

4938-5379-2343, v. 1