Case 1:23-cv-03009-CRC   Document 79-5   Filed 09/19/25   Page 1 of 5

Defs.' Mot. to Stay, Ex. E
Case No. 1:23-cv-03009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>CAPITOL DEVELOPMENT DESIGN, INC. *et al*.,<br><br>　　　　*Defendants*. | No. 1:23-cv-03009 |

### DEFENDANT CAPITOL DEVELOPMENT DESIGN, INC.'S DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)

Pursuant to Fed. R. Civ. P. 26(a)(2), Defendant Capitol Development Design, Inc. ("CDDI"), by and through its undersigned counsel, hereby makes the following disclosures:

**1. May Lawsuit Expert Witnesses**

The witnesses below have all been designated as expert witnesses in *Ladonna May, et al. v. Stanton View Dev., LLC*, *et al.*, Superior Court of the District of Columbia, Case No. 2021-CA-000266-B (the "Underlying Litigation"). Defendant does not expect to present or solicit testimony subject to Federal Rule of Evidence 702, 703, or 705 from the below-named witnesses and does not concede that any testimony they may provide is subject to Federal Rule of Evidence 702, 703, or 705. Defendant intends only for them to testify as to the allegations, defenses, and facts which are in dispute in the underlying litigation and on which they were asked to opine. Defendant discloses such witnesses out of an abundance of caution to the extent that they may be deemed to be within the parameters of Rule 26 disclosure requirements. Defendant reserves all rights to challenge on any basis any attempt by the Plaintiff to introduce evidence or testimony from these witnesses subject to Federal Rule of Evidence 702, 703, or 705.

Case 1:23-cv-03009-CRC   Document 79-5   Filed 09/19/25   Page 2 of 5

Defs.' Mot. to Stay, Ex. E
Case No. 1:23-cv-03009

Defendant has not retained these experts specifically to provide testimony in this case[1] and they are not employees of defendant. As such, they are not required to provide a report.

A. Peter R. Cali, Ph.D., P.E.
   Seal Level Engineering, LLC
   4912 Lake Vista Drive
   Metairie, LA 70006

Mr. Calli was retained by the plaintiffs in the Underlying Litigation. He will testify as to the subjects and issues on which he was asked to opine in the Underlying Litigation. To the extent that he reviewed other expert reports in the Underlying Litigation, he may also opinion on the specific issues and subject matter of those reports. and on which other expert reports that he revied.

B. Larry D. Jones, P.E.
   H&H Engineering, Inc.
   103 Highland Park Plaza
   Covington, LA 70433

Mr. Jones was retained by the plaintiffs in the Underlying Litigation. He will testify as to the subjects and issues on which he was asked to opine in the Underlying Litigation. To the extent that he reviewed other expert reports in the Underlying Litigation, he may also opinion on the specific issues and subject matter of those reports. and on which other expert reports that he revied.

C. Nicholas A. Wijtenburg, P.E.
   Michael A. Kulbacki, P.E.
   S-E-A
   795 Cromwell Park Drive, Ste. N
   Glen Burnie, MD 21061

Mr. Wijtenburg was retained by Defendant Skarda and Associates, Inc. in the Underlying Litigation. He will testify as to the subjects and issues on which he was asked to opine in the Underlying Litigation. To the extent that he reviewed other expert reports in the Underlying Litigation, he may also opinion on the specific issues and subject matter of those reports. and on which other expert reports that he revied.

D. Kofi Acheampong, Ph.D, P.E.
   KCI Technologies, Inc.
   936 Ridgebrook Road
   Sparks, MD 21152

---

[1] All listed witnessed were retained to provide reports in the Underlying Litigation. Those reports have been produced in discovery.

2

Mr. Acheampong was retained by the Defendant FES Group, LLC in the Underlying Litigation. He will testify as to the subjects and issues on which he was asked to opine in the Underlying Litigation. To the extent that he reviewed other expert reports in the Underlying Litigation, he may also opinion on the specific issues and subject matter of those reports. and on which other expert reports that he revied.

E.  Adam C. Netemeyer, P.E.
    Nathan Ryba, P.E., CBC
    CED Technologies, Inc.
    88 Trap Falls Road
    Shelton, T 06484

Mr. Netemeyer was retained by M&F Concrete Inc. in the Underlying Litigation. He will testify as to the subjects and issues on which he was asked to opine in the Underlying Litigation. To the extent that he reviewed other expert reports in the Underlying Litigation, he may also opinion on the specific issues and subject matter of those reports. and on which other expert reports that he revied.

F.  James G. Collin, Ph.D.
    7445 Arlington Road
    Bethesda, MD 20184

Mr. Collin was retained by CDDI in the Underlying Litigation. He will testify as to the subjects and issues on which he was asked to opine in the Underlying Litigation. To the extent that he reviewed other expert reports in the Underlying Litigation, he may also opinion on the specific issues and subject matter of those reports. and on which other expert reports that he revied.

G.  Thomas F. Grogan
    Victoria Business Center
    1489 Baltimore Pike, Suite 211
    Springfield, Pennsylvania 19064

Mr. Grogan was jointly retained by defendants in the Underlying Litigation. He will testify as to the subjects and issues on which he was asked to opine in the Underlying Litigation. To the extent that he reviewed other expert reports in the Underlying Litigation, he may also opinion on the specific issues and subject matter of those reports. and on which other expert reports that he revied.

Dated: August 29, 2025                              Respectfully submitted,

                                                    **CAPITOL DEVELOPMENT DESIGN, INC.**

                                                    */s/* Scott D. Boyle
                                                    Scott D. Boyle (DC Bar # 1780562)
                                                    Andrew M. Reidy (DC Bar # 412146)
                                                    Nossaman LLP
                                                    1401 New York Ave NW, Suite 800
                                                    Washington, DC 20005
                                                    Telephone: (703) 283-5576
                                                    areidy@nossaman.com

                                                    *Counsel for Defendant*
                                                    *Capitol Design Development, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of August, 2025, a copy of the foregoing was served by email upon the following:

| **Counsel for Plaintiff Travelers Casualty & Surety Company of America:** | **Counsel for Defendant Maddox Engineering, Inc.:** |
|---|---|
| Michael E. Barnsback | Jessica Dawn Corace |
| Christopher M. Helsel | Franklin & Prokopik |
| O'Hagan Meyer | The B&O Building |
| 2560 Huntington Avenue, Suite 204 | 2 N. Charles Street, Suite 600 |
| Alexandria, VA 22303 | Baltimore, MD 21201 |
| Email: mbarnsback@ohaganmeyer.com | Email: jcorace@fandpnet.com |
| Email: chelsel@ohaganmeyer.com | |
| | |
| Christopher J. Bannon | |
| Kevin Kanavy | |
| Aronberg Goldgehn Davis & Garmisa | |
| 330 N. Wabash Avenue, Suite 1700 | |
| Chicago, IL 60611 | |
| Email: cbannon@agdglaw.com | |
| Email: kkanavy@agdglaw.com | |

| | |
|---|---|
| **Counsel for Defendants Ade Adenariwo, Theresa Brooks, Denine Edmonds, Ciera Johnson, and Robin McKinney:**<br>Je Yon Jung<br>May Jung LLP<br>333 City Boulevard West, Suite 327<br>Orange, CA 92868<br>Email: jeyon@mayjung.com | **Counsel for Defendant M&F Concrete, Inc.:**<br>David B. Stratton<br>Jordan Coyne LLP<br>10201 Fairfax Boulevard, Suite 520<br>Fairfax, VA 22030<br>Email: d.stratton@jocs-law.com |
| **Counsel for Defendant Skarda and Associates, Inc.:**<br>Kathleen M. McDonald<br>Seraina Law Office LLC<br>200 E. Joppa Road, Suite 106<br>Towson, MD 21286<br>Email: kmcdonald@seraina-law.com | |

/s/ Scott D. Boyle
Scott D. Boyle