## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, *Plaintiff*, v. CAPITOL DEVELOPMENT DESIGN, INC. *et al.*, *Defendants*. | No. 1:23-cv-03009 |

### ORDER

UPON CONSIDERATION of the Motion to Stay Proceedings Pending Resolution of the May Lawsuit and it appearing to the Court that there is good cause for granting the Motion, it is hereby this ____ day of October, 2025,

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED, that this case is hereby stayed until June 30, 2026; and it is further

ORDERED, that the parties shall file a status report by June 30, 2026, or within 15 days of the resolution of the May Lawsuit, whichever comes first, advising the Court of the status of the May Lawsuit.

_____
Hon. _____