IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CAPITOL DEVELOPMENT DESIGN, INC. *et al*.,<br><br>*Defendants*. | No. 1:23-cv-03009-CRC |

**DEFENDANT CAPITOL DEVELOPMENT DESIGN, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO TRAVELERS' DUTY TO DEFEND**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Capitol Development Design, Inc. ("CDDI") hereby moves for partial summary judgment that Travelers 1) has a duty to defend CDDI against the lawsuit captioned as *LaDonna May, et al. v. Stanton View Dev., LLC, et al.*, Case No. 2021-CA-000266-B (D.C. Super. Ct. Jan. 29, 2021) ("May Lawsuit"), 2) is liable for all reasonable defense fees and expenses incurred in the defense of CDDI against the May Lawsuit, and 3) is liable for CDDI's reasonable attorneys' fees and expenses in this litigation.

CDDI's motion is supported by its Memorandum Of Points And Authorities In Support Of Its Motion For Partial Summary Judgment With Respect To Travelers' Duty To Defend, its Statement of Undisputed Material Facts, and the December 23, 2025 Declaration of Marwan Mustafa.

Based upon the foregoing, CDDI respectfully requests that this Court grant its Motion For Partial Summary Judgment in its entirety.

Date: December 29, 2025

Respectfully submitted,
*/s/ Scott D. Boyle*
Scott D. Boyle (DC Bar ID: 1780562)
Andrew M. Reidy (DC Bar ID: 412146)
Nossaman LLP
1401 New York Avenue, NW
Suite 800
Washington, DC 20005
Phone: 202-336-4774
sboyle@nossaman.com
areidy@nossaman.com

*Counsel for Defendant Capitol Development Design, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2025, a copy of the foregoing Reply Memorandum was filed with the Clerk of the Court using the electronic case filing system and copies were electronically served upon the following:

*/s/ Scott D. Boyle*
Scott D. Boyle

2